May 01, 2009

Mr. Trevor Allen Woodruff
Texas Department of Family and Protective Services
P.O. Box 149030 MC: Y-956
Austin, TX 78714
Mr. John Franklin McDonough III
Attorney at Law
120 W. Kingsmill, Suite 506
P.O. BOX 699
Pampa, TX 79065

RE: Case Number: 08-0379
 Court of Appeals Number: 07-07-00042-CV
 Trial Court Number: 7019

Style: IN THE INTEREST OF J.O.A., T.J.A.M., T.J.M., AND C.T.M.,
 CHILDREN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dale A. Rabe |
| |Jr. |
| |Ms. Jackie Johnson |
| |Ms. Peggy Culp |
| |Ms. Danica Lynn |
| |Milios |
| |Mr. James C. Ho |